**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/29/2021___

Milton Williams, on behalf of himself and all other persons similarly situated,

Plaintiff,

-against-

Human Power of N Company,

Defendant.

1:21-cv-02210 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case has been assigned to me for general pretrial management. (ECF No. 5.) The parties (or, if Defendant has not appeared in the case, only Plaintiff) shall appear for a Telephone Conference on Thursday, July 15, 2021 at 2:00 p.m. to discuss the status of this case. At the scheduled time, each participating party shall separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:       New York, New York
             June 29, 2021

_____
STEWART D. AARON
United States Magistrate Judge