**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2021

VIA ECF
The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Williams v. Human Power Of N Company,*
Case No.: 1:21-cv-2210

Dear Judge Aaron,

The undersigned represents Milton Williams, On Behalf of Himself and All Other Persons Similarly Situated ("Plaintiff"), in the above-referenced action against Human Power Of N Company, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for July 15, 2021, at 2:00 PM (Dkt. 6) be adjourned for 60 days because the Defendant has not yet answered or appeared in this matter. This request will grant ample time for the Defendant to retain counsel and for Defendant's Counsel to appear and discuss a possible resolution with Plaintiff's Counsel. Additionally, the undersigned respectfully requests the deadline to serve the Defendant be extended for 60 days because we have been diligently trying to serve the Defendant and are confident with this extension we will be able to effectuate service. This is the Plaintiff's first request for an adjournment.

Respectfully submitted,

**GOTTLIEB & ASSOCIATES**

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Requests GRANTED. The telephone conference originally scheduled for July 15, 2021, is hereby adjourned to Wednesday, September 13, 2021, at 2:00 p.m. Plaintiff's deadline to serve Defendant is extended to Wednesday, August 18, 2021. SO ORDERED.
Dated: July 13, 2021